INTERSTATE CHEMICAL CORPORATION et al., Appellants,
          v. JAMES B. DUKE, Respondent.

*Interstate Chemical Corporation* v. *Duke*, 176 App. Div. 684, affirmed.
(Argued March 17, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered April 2, 1917, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court on trial at Special Term. The complaint
charged that the defendant, while occupying confidential
relations with the plaintiffs, and engaged with them in
a joint venture, fraudulently acquired and now owns
all the properties brought to his attention by the plain-
tiffs in connection with the adventure, except the property
of the plaintiffs, in the acquisition of which their entire
profit rested, with the result that the plaintiffs can
neither themselves conduct the contemplated enterprise
nor submit it to others; that the fraud was accomplished
by a series of written contracts fraudulently prepared,
and their execution fraudulently secured by the defend-
ant acting in collusion with his attorney, who utilized
his position of acting for joint adventurers to accomplish
what he knew to be the fraudulent purpose of his client.
Relief was demanded annulling and canceling two
written contracts executed by and between the plaintiffs
and the defendant on November 15, 1913, upon the
ground that their execution by the plaintiffs had been
procured by false and fraudulent representations made
by the defendant and Ambrose H. Burroughs, his attor-
ney; that the defendant be directed to specifically per-
form a contract which it is alleged in the complaint was
partly in writing and partly oral, and which contract is
alleged to have been made prior to November 15, 1913;
that it be adjudged that the defendant holds certain
water powers on the Saguenay and Shipshaw rivers in
Canada and certain real estate adjacent to such water
powers and a certain patented process for the manu-
facture of fertilizers and combining ammonia and phos-

phoric acid and denominated the " Willson Process " in trust for the plaintiffs to the extent of a one-fifth interest therein.

*D-Cady Herrick* and *John C. Tomlinson* for appellants.

*Charles F. Brown, Z. V. Taylor* and *Edward J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not voting: MCLAUGHLIN, J.